AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Erickson, Ralph R | District of North Dakota | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge—Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Quentin Burdick US Courthouse<br>655 1st Ave. N., Ste. 410<br>Fargo, ND 58102-4952 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Personal Representative | Estate #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. 2/15/93 | NDPERS County Retirement Plan |
| 3. 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. 12/31/96 | 457(b) Plan State of North Dakota |

RECEIVED
2006 MAY 18 A 9: 34
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/05 | Optometrist--Self Employed |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AWSHX | A | Dividend | J | T | | | | | |
| 2. AGR B (X) | | None | J | T | | | | | |
| 3. Avaya, Inc., common stock | | None | J | T | | | | | |
| 4. Intel, Inc., common stock | A | Dividend | J | T | | | | | |
| 5. Lucent Technologies, Inc., common stock | | None | J | T | | | | | |
| 6. Oakmark Select, mutual fund | A | Dividend | J | T | | | | | |
| 7. Proctor & Gamble, common stock | A | Dividend | J | T | | | | | |
| 8. Wells Fargo & Co., common stock | A | Dividend | J | T | | | | | |
| 9. PIMCO High Yield Fund #108, Alerus Financial (SEP IRA) PHIYX | A | Interest | J | T | sell | 4/20 | J | A | |
| 10. Federated Max Cap Fund, #39, Alerus Financial (SEP IRA) | B | Div. & Int. | | | sell | 4/20 | K | A | |
| 11. Federated Mid Cap Fund #151 Alerus Financial (SEP IRA) | B | Div. & Int. | | | sell | 4/20 | K | D | |
| 12. Federated International Equity Fund, #06 Alerus Fi (SEP IRA) | A | Div. & Int. | | | sell | 4/20 | K | A | |
| 13. SEI Small Cap Growth Fund #67 Alerus Financial (SEP IRA) | A | Div. & Int. | | | sell | 1/04 | J | A | |
| 14. North. Inst. Funds Prime Obligation, Alerus SEP IRA NPAXX | A | Interest | J | T | sell | 6/30 | J | A | |
| 15. Federated Kaufmann Small Cap Alerus SEP IRA SEP IRA FKASX | | | K | T | buy | 4/20 | J | | |
| 16. Goldman Sachs Real Estate Securities Fund #639 SEP IRA GREIX | A | Dividend | J | T | buy | 4/20 | J | | |
| 17. Fidelity Advisors Midcap Fund #533 Alerus SEP IRA FMCCX | A | Dividend | K | T | buy | 4/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs Core US Equity Alerus SEP IRA GSELX | A | Dividend | L | T | buy | 4/20 | L | | |
| 19. Oppenheimer Real Asset Fund Alerus SEP IRA ORAYX | A | Dividend | J | T | buy | 9/07 | J | | |
| 20. Royce Opportunity Fund Alerus SEP IRA RYPNX | A | Dividend | K | T | buy | 4/20 | J | | |
| 21. Fidelity Investors Diversified Int. Fd. Alerus SEP FDVIX | A | Dividend | K | T | buy | 4/20 | K | | |
| 22. Federated Capital Reserve Fund, State Bank & Trust (X) 401K | A | Dividend | K | T | | | | | |
| 23. Jefferson Pilot Life Insurance, cash value of insurance | | None | | | transfer | * | | | |
| 24. ING Aetna 457(b) ING (Aetna) VP Index Plus Large Cap. | A | Div. & Int. | K | T | | | | | |
| 25. ING Aetna 457(b) Fidelity VIP Growth Portfolio 109 | A | Div. & Int. | K | T | | | | | |
| 26. ING Aetna 457(b) Janus Aspen Aggressive Growth Port. 119 | A | Dividend | | | transfer | 4/15* | | | |
| 27. ING Aetna 457(b) T.Rowe Price MC Gr-Init-449 | A | Dividend | J | T | transfer | 415* | | | |
| 28. ING Aetna 457(b) Janus Aspen Worldwide Growth Port. 123 | A | Dividend | | | transfer | 4/15* | | | |
| 29. ING Aetna 457(b) Oppenheimer Global Pt-Init--432 | A | Dividend | J | T | transfer | 4/15* | | | |
| 30. Gate City Savings--Savings Account | A | Interest | J | T | | | | | |
| 31. Digital Broadcast Corporation | | None | J | W | | | | | |
| 32. Coin Collection--Estate #1 | | | J | W | | | | | |
| 33. Phoenix Home Mutual Life Insurance Policy--Trust #1 | | | K | T | | | | | |
| 34. Guardian Insurance (Spouses Life Insurance Cash Value) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Guardian Insurance (Cash Value) | A | Dividend | K | T | | | | | |
| 36. Guardian Insurance (Cash Value) | B | Dividend | K | T | | | | | |
| 37. Jackson National Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sec. VII Line 23. Transferred cash value in Jefferson Pilot to Guardian Life Insurance as an I.R.C. 1035 transfer. The code for the amount transferred is "K" and the method of valuation is "T." The transfer occurred on June 1, 2004. The Guardian Life Insurance Policy was listed on my financial disclosure report for 2004, however, I inadvertantly failed to disclose that the Jefferson Pilot policy had been surrendered in the exchange.

Sec. VII Lines 26 and 27. All funds in the Janus Aspen Aggressive Growth Fund were rolled into the T.Rowe Price MC Growth fund.

Sec. VII Lines 28 and 29. All funds in the Jansu Aspen Worldwide Growth Portfolio were rolled into the Oppenheimer Global Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████ Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544